IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JAIME CHAVEZ,                    )
                                 )
     Plaintiff,                  )
                                 )        CIVIL ACTION NO.
     v.                          )         2:19cv454-MHT
                                 )            (WO)
OFFICER ANTHONY PARKER,          )
                                 )
     Defendant.                  )

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 6) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to comply with a court order and to prosecute this action.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 18th day of February, 2020.

　　　　　　　　　　　　　　 /s/ Myron H. Thompson　
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE